IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01575-SKC

ERIC COOMER, Ph. D.,

    Plaintiff,

v.

PATRICK BYRNE, *et al.*,

    Defendants.

## UNOPPOSED MOTION FOR ENTRY OF STIPULATION AND ORDER

    Defendant Patrick Byrne ("Byrne"), with the consent of Plaintiff Eric Coomer and the other named Defendants Steven Lucescu ("Lucescu") and The America Project, Inc. ("TAP") (Plaintiff and Defendants are collectively referred to herein as "the parties"), respectfully moves the Court for the entry of the Stipulation and Order governing a briefing schedule and page limits for Defendants' anticipated motions to dismiss and Plaintiff's omnibus opposition, filed August 19, 2022. (Doc. 22.) The parties urge the Court to enter this Order on the following grounds:

    1.    On June 24, 2022, Plaintiff filed his four-count Complaint which purports to assert state-law claims for defamation, intentional infliction of emotional distress, conspiracy, and injunctive relief against Defendants. (Doc. 1.)

    2.    On August 2, 2022 and thereafter, the parties met and conferred to discuss Defendants' intent to file Rule 12 motions to dismiss the Complaint, or special motions to dismiss pursuant to Colo. Rev. Stat. § 13-20-101 (the Colorado anti-SLAPP law). Defendants contend the Complaint contains legal and factual deficiencies that cannot be cured by the filing

1

of an amended pleading. Thus, the parties worked to formulate a schedule and plan for briefing on Defendants' anticipated pre-answer dispositive motions and Plaintiff's opposition thereto.

3.      Following such conference, the parties agreed, under Rule 6 of the Federal Rules of Civil Procedure, that good cause exists to extend and reconcile the current deadlines for Defendants to respond to the Complaint, so that they fall on the same date. They also agreed that good cause exists to enlarge the Court's ordinary briefing schedule and page limitations for civil motions, as set forth in D.C. Colo. LCivR 7.1 or applicable practice standards, all of which is more particularly set forth in the parties' Stipulation Regarding Briefing Schedule and Page Limits for Defendants' Anticipated Motions to Dismiss and Plaintiff's Omnibus Opposition (the "Stipulation"), which was filed with the Court on August 19, 2022. (Doc. 22.)

4.      The parties now respectfully request that the Court approve the Stipulation for the reasons stated therein, and to enter an Order that states:

    a. Defendants' motions to dismiss or special motions to dismiss, pursuant to Rule 12 of the Federal Rules of Civil Procedure or Colorado's anti-SLAPP law, Colo. Rev. Stat. § 13-20-1101, are due September 20, 2022. Each Defendant is permitted to file a motion to dismiss or special motion to dismiss not to exceed 30 pages.

    b. Plaintiff's opposition in response to Defendants' motions to dismiss or special motions to dismiss is due October 25, 2022. Plaintiff is permitted to file an omnibus opposition brief in response to Defendants' motions to dismiss or special motions to dismiss not to exceed 60 pages. Plaintiff is also permitted to seek an extension of time if necessary to file his omnibus opposition, without objection by Defendants.

    c. Defendants' reply briefs in support of their respective motions to dismiss or special motions to dismiss are due 30 days after the filing of Plaintiff's omnibus opposition. Each Defendant is permitted to file a reply brief in support of his or its motion to dismiss or special motion to dismiss not to exceed 20 pages.

    d. The foregoing page limitations are inclusive of all text, except for the face sheet, table of contents, table of authorities, signature block, certificate of service, and exhibits. To the extent a party files a motion and a separate brief or memorandum in support, the combined length of both documents shall not exceed the page limitations stated above.

5. All parties consent to the filing of this motion and entry of this Order, and the parties have authorized counsel for Byrne to state that the parties concur and agree to the relief sought in this motion. A proposed order is attached.

Dated: August 26, 2022                    Respectfully submitted,

/s/Alfred D. Carry
Robert N. Driscoll
Alfred D. Carry
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Tel: (202) 802-9999
Fax: (202) 318-1084
rdriscoll@mcglinchey.com
acarry@mcglinchey.com
*Counsel for Defendant Patrick Byrne*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served on this 26th day of August, 2022 through the Court's CM/ECF system, which will send notification of this filing to all counsel of record.

      /s/Alfred D. Carry
      Alfred D. Carry
      *Counsel for Defendant Patrick Byrne*