IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01575-SKC

ERIC COOMER, Ph. D.,

    Plaintiff,

v.

PATRICK BYRNE, *et al.*,

    Defendants.

## ORDER

Before the Court is an Unopposed Motion for Entry of Stipulation and Order (Doc. 23), which asks the Court to approve the Stipulation Regarding Briefing Schedule and Page Limits for Defendants' Anticipated Motions to Dismiss and Plaintiff's Omnibus Opposition (the "Stipulation"), filed August 19, 2022 by Defendants Patrick Byrne ("Byrne"), Steven Lucescu ("Lucescu"), The America Project, Inc. ("TAP"), and Plaintiff Eric Coomer (collectively, "the parties") (Doc. 22). The parties advise the Court that Defendants intend to file Rule 12 motions to dismiss the Complaint, or special motions to dismiss pursuant to Colo. Rev. Stat. § 13-20-1101 (the Colorado anti-SLAPP law). Accordingly, the parties have met and conferred to formulate a plan for briefing on Defendants' anticipated motions to dismiss or special motions to dismiss, and Plaintiff's opposition thereto. They ask the Court to enter an order that extends and reconciles Defendants' current deadlines to move in response to the Complaint, so that they fall on the same date. They also ask the Court to fix a schedule and page limits for all attendant briefing.

For good cause shown, the Court **GRANTS** the Unopposed Motion and approves the Stipulation.

Accordingly, it is hereby **ORDERED** that

Defendants' motions to dismiss or special motions to dismiss, pursuant to Rule 12 of the Federal Rules of Civil Procedure or Colorado's anti-SLAPP law, Colo. Rev. Stat. § 13-20-1101, are due September 20, 2022. Each Defendant is permitted to file a motion to dismiss or special motion to dismiss not to exceed 30 pages.

Plaintiff's opposition in response to Defendants' motions to dismiss or special motions to dismiss is due October 25, 2022. Plaintiff is permitted to file an omnibus opposition brief in response to Defendants' motions to dismiss or special motions to dismiss not to exceed 60 pages. Plaintiff is also permitted to seek an extension of time if necessary to file his omnibus opposition, without objection by Defendants.

Defendants' reply briefs in support of their respective motions to dismiss or special motions to dismiss are due 30 days after the filing of Plaintiff's omnibus opposition. Each Defendant is permitted to file a reply brief in support of his or its motions to dismiss or special motion to dismiss not to exceed 20 pages.

All of the foregoing page limitations are inclusive of all text, except for the face sheet, table of contents, table of authorities, signature block, certificate of service, and exhibits. To the extent a party files a motion and a separate brief or memorandum in support, the combined length of both documents shall not exceed the page limitations stated above.

It is **SO ORDERED**.

Dated: _____, 2022        _____
                                       S. KATO CREWS
                                       United States Magistrate Judge