UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ERIC COOMER,

    Plaintiff,

v.

THE AMERICA PROJECT, INC., *et al*.,

    Defendants.

Civil Action No. 1:22-cv-1575-SKC

## UNOPPOSED MOTION TO VACATE

Pursuant to Federal Rules of Civil Procedure 7(b)(1), as well as Rule 7.1, Local Rules of Practice of the United District Court for the District of Colorado ("D.C.Colo.LCivR"), Defendant The America Project, Inc. ("Defendant TAP"), by and through undersigned counsel, respectfully moves the Court to vacate the Scheduling Conference currently set for November 9, 2022, at 10:00 a.m. MST (Dkt. No. 32) or, in the alternative, requests the Court reschedule the same. In support of this Motion, Defendant TAP respectfully states as follows:

    1.    Undersigned counsel for Defendant TAP has been requested to moderate on November 9, 2022, at 12:00 p.m. EST, a discussion by Chief Judge Margaret Bartley and Judge Michael Allen of the U.S. Court of Appeals for Veterans Claims at a Federal Bar Association, Jacksonville Chapter, event in honor of Veterans Day 2022. Undersigned counsel for Defendant TAP was specifically requested due to his status as a Veteran and service assisting the local Veteran community.

    2.    On November 2, 2022, the Parties filed a Joint Status Report (Dkt. No. 48) wherein they noted the Parties' agreement the November 9, 2022, scheduling conference should be vacated until the Court resolves Defendants' anti-SLAPP motions (Dkt. No. 28, 29, 31). See Joint Status Report (Dkt. No. 48) at p. 2 & Proposed Order (Dkt. No. 48-1).

3. In accordance with D.C.COLO.LCivR 7.1(a), counsel for Defendant TAP conferred with counsel for Plaintiff who does not object to the instant Motion. Additionally, all counsel for Defendants consent to this Motion.

WHEREFORE, Defendant TAP respectfully moves this Court to vacate the Scheduling Conference set for November 9, 2022 or, in the alternative, respectfully requests the Court reschedule the same. A proposed order is attached.

Dated:  November 7, 2022                         Respectfully submitted,

**ABEL BEAN LAW, P.A.**

*s/ Christopher W. Dempsey*
CHRISTOPHER W. DEMPSEY
100 N Laura Street, Suite 501
Jacksonville, Florida 32202
Telephone:  (904) 944-4113
Fax:  (904) 944-4122
Email: cdempsey@abelbeanlaw.com

*Attorneys for Defendant*
*The America Project, Inc.*