## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ERIC COOMER,<br><br>    Plaintiff,<br><br>v.<br><br>THE AMERICA PROJECT, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-1575-SKC |

## [PROPOSED] ORDER ON MOTION TO VACATE

Upon the Motion to Vacate by Defendant The America Project, Inc. (Dkt. No. 50), with consent of Plaintiff, and for good cause shown, it is hereby:

ORDERED that Plaintiff's Motion to Vacate is GRANTED; accordingly, the Scheduling Conference set for November 9, 2022 at 10:00 a.m. MST is VACATED.

Dated: November ___, 2022

 

_____
HONORABLE S. KATO CREWS
United States Magistrate Judge